Eva M. Weiler (SBN: 233942)
eweiler@shb.com
Matthew J. Vanis (SBN: 210706)
mvanis@shb.com
SHOOK, HARDY & BACON LLP
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614-2546
Telephone: 949-475-1500
Facsimile: 949-475-0016

Attorneys for Defendant
Boston Scientific Corporation


Alan S. Lazar (SBN: 125820)
alazar@marlinsaltzman.com
Bradley R. Fagnani (SBN: 261330)
bfagnani@marlinsaltzman.com
MARLIN SALTZMAN LLP
29800 Agoura Road, Suite 210
Agoura Hills, California 91301
Telephone: 818-991-8080
Facsimile: 818-991-8081

Attorneys for Plaintiff Michelle Ravlin

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE RAVLIN,<br><br>    Plaintiff,<br><br>    v.<br><br>BOSTON SCIENTIFIC CORPORATION,<br><br>    Defendant. | Case No. 2:19-cv-00773-AWI-SAB<br><br>**JOINT DISCOVERY STIPULATION AND ORDER THEREON** |

Plaintiff Michelle Ravlin and defendant Boston Scientific Corporation, by and through their respective attorneys, hereby agree and stipulate as follows:

1. Additional fact discovery should be permitted, as the proposed discovery involves issues fundamental to the case, will expedite trial proceedings, and promote judicial and party efficiency. The parties have agreed upon the following

supplemental discovery:

- Collection of updated medical records
- Deposition of Dr. Richard C. Zacker

2. The supplemental discovery shall be completed by November 22, 2019. Any discovery-related motions shall also be filed by November 22, 2019.

3. The parties agree that the opening of fact discovery is expressly limited in scope and time as outlined above.

**IT IS SO STIPULATED.**

Dated: July 3, 2019　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　SHOOK, HARDY & BACON L.L.P.

By: /s/ Matthew J. Vanis
　　　　Eva M. Weiler
　　　　Matthew J. Vanis
Attorneys for Defendant
Boston Scientific Corporation

Dated: July 3, 2019　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　MARLIN SALTZMAN L.L.P.

By: /s/ Alan S. Lazar
(as authorized on July 2, 2019)
　　　　Alan S. Lazar
　　　　Bradley R. Fagnani
Attorneys for Plaintiff Michelle Ravlin

**IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated: August 6, 2019　　　　　　　　_____
　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE