# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHELLE RAVLIN,** | **CASE NO. 2:19-CV-0773 AWI SAB** |
| **Plaintiff** | **ORDER RE: TRIAL SCHEDULE** |
| **v.** | |
| **BOSTON SCIENTIFIC CORPORATION,** | |
| **Defendant** | |

This Court held a telephonic scheduling conference on September 12, 2019. The following dates and deadlines are set:

All non-expert discovery shall be completed no later than November 22, 2019. All expert discovery shall be completed no later than January 10, 2020.

All dispositive motions shall be filed no later than January 22, 2020. Oppositions to the dispositive motions must be filed by February 3, 2020. Replies should be filed by February 10, 2020. The hearing on the dispositive motions will be set on Tuesday, February 18, 2020, at 1:30 P.M. The parties must follow the requirements of Local Rule 260 when filing their dispositive motions.

The pretrial conference is set for March 5, 2020, at 10:00 AM. The parties must follow the requirements of Local Rule 281 and file a joint pretrial statement. The motions in limine schedule will be set in a pretrial order issued after the pretrial conference is held. The anticipated deadlines are motions in limine by March 12, opposition by March 23, and reply by March 30, 2020. The

motions in limine hearing date is expected to be set on Monday, April 6, 2020, at 1:30 PM.

The trial is set for April 14, 2020, at 8:30 AM.

IT IS SO ORDERED.

Dated:  October 11, 2019                    _____
                                            SENIOR DISTRICT JUDGE